UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELISSA ANN WRIGHT, | |
| Plaintiff, | 2:11-CV-1575–LRH–GWF |
| v. | |
| WATKINS and SHEPARD TRUCKING, INC.; et al., | ORDER |
| Defendants. | |

Before the court is defendant Watkins and Shepard Trucking, Inc.'s ("Watkins") statement concerning removal. Doc. #14.[1]

Plaintiff Melissa Ann Wright ("Wright") initiated the present action against defendants in state court. Defendants removed the action to federal court on the basis of diversity jurisdiction. Doc. #1.

On November 9, 2011, the court reviewed the removal petition and held that it was not clear from the complaint that the amount in controversy had been met. Doc. #11. The court granted defendants twenty days to establish the amount in controversy by submitting summary judgment type evidence to the court. *Id*. Thereafter, Watkins filed the present statement concerning removal. Doc. #14.

---

[1] Refers to the court's docket

1    Where, as here, it is not facially evident from the face of the complaint that the amount in
2    controversy exceeds $75,000, "the removing defendant bears the burden of establishing, by a
3    preponderance of the evidence, that the amount in controversy exceeds $[75],000." *Sanchez v.*
4    *Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996). Here, defendant Watkins argues that
5    the amount in controversy has been met because the underlying medical bills incurred by plaintiff,
6    which are sought as damages in this action, are over $200,000.00. A plaintiff's statement of
7    damages after the filing of the complaint is relevant evidence establishing the amount in
8    controversy. *See Cohen v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002). Therefore, the court
9    finds that Watkins has proffered sufficient evidence establishing an amount in controversy greater
10   than $75,000. Accordingly, the court shall accept Watkin's removal of this action and exercise
11   diversity jurisdiction over the complaint.

13   IT IS THEREFORE ORDERED that defendant's statement concerning removal (Doc. #14)
14   is GRANTED.

15   IT IS SO ORDERED.
16   DATED this 20th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE