| | |
|---|---|
| 1 | CHRISTOPHER R. McCULLOUGH, ESQ. |
|   | Nevada Bar # 1138 |
| 2 | FRANK PEREZ, ESQ. |
|   | Nevada Bar # 5738 |
| 3 | McCULLOUGH, PEREZ & ASSOCIATES, LTD. |
| 4 | 601 South Rancho Drive, #A-10 |
|   | Las Vegas, Nevada  89106 |
| 5 | (702) 385-7383 |
|   | FAX (702) 385-6744 |
| 6 | Email: chrislaw@mcpalaw.com |
| 7 | Email: fperez@mcpalaw.com |
|   | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MELISSA ANN WRIGHT, Court Appointed Guardian of BROGAN ZANE WRIGHT, KAREN REIGER, and MIKE REIGER, | ) ) ) | CASE NO: 2:11-cv-01575-LRH-GWF |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| WATKINS AND SHEPARD TRUCKING, INC., a Montana corporation; GREGORY ANDREW BRITT, an individual, DOES 1 through 5, and ROES 1 through 5, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**<u>WITHDRAWAL OF MOTION TO APPROVE
SETTLEMENT OF PERSONAL INJURY CLAIM</u>**

COMES NOW, Plaintiffs, MELISSA ANN WRIGHT, Court Appointed Guardian of BROGAN ZANE WRIGHT, KAREN REIGER, and MIKE REIGER (collectively Plaintiffs), by and through their attorneys of record, the law firm of McCullough, Perez and Associates, Ltd.,

. . .

. . .

. . .

Page **1** of **3**

and hereby requests the Motion to Approve Settlement of Personal Injury Claim filed on May 14, 2012, be removed from the Court's calendar as it was inadvertently filed in the wrong Court.

DATED this ___15___ day of May, 2012.

          McCULLOUGH, PEREZ & ASSOCIATES, LTD.

By:_____
CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
FRANK PEREZ, ESQ.
Nevada Bar # 5738
601 South Rancho Drive, #A-10
Las Vegas, Nevada  89106
Attorneys for Plaintiffs


IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: MAY 17, 2012