1

2

3                        **UNITED STATES DISTRICT COURT**

4                            **DISTRICT OF NEVADA**

5

6   MELISSA ANN WRIGHT, Court Appointed          )
    Guardian of BROGAN ZANE WRIGHT,              )
7   KAREN REIGER, and MIKE REIGER,               )        Case No.  2:11-cv-1575-LRH-GWF
                                                 )
8                    Plaintiffs,                 )
                                                 )
9   vs.                                          )        **ORDER**
                                                 )
10  WATKINS AND SHEPARD TRUCKING, INC.,          )        **Request to Excuse Attendance  - #51**
    a Montana corporation; GREGORY ANDREW        )
11  BRITT, an individual,                        )
                                                 )
12                   Defendants.                 )
    _____)

13

14        This matter is before the Court on the Defendants' Request to Excuse the Attendance of

15  Gregory Andrew Britt at the May 7, 2013 Settlement Conference (#51) filed April 5, 2013.

16  Plaintiffs filed an Opposition to the request (#52) on April 9, 2013.  Upon review and consideration,

17        **IT IS ORDERED** that Defendants' Request to Excuse the Attendance of Gregory Andrew

18  Britt at the May 7, 2013 Settlement Conference (#51) is **denied**.  Defendant Gregory Britt will be

19  required to attend the settlement conference.  Due to a conflict on the court's calendar, the settlement

20  conference currently set for May 7, 2013 will be continued to a later date.  A further order scheduling

21  the settlement conference will be issued.

22        DATED this 10th day of April, 2013.

23

24                                              _____
                                                GEORGE FOLEY, JR.
25                                              United States Magistrate Judge

26

27

28