STEVEN E. GUINN (SBN 5341)
HOLLY S. PARKER (SBN 10181)
RYAN LEARY (SBN 11630)
9600 Gateway Drive
Reno, Nevada 89521
Telephone: 775-322-1170
Facsimile: 775-322-1865
Attorneys for Defendants
Watkins & Shepard Trucking, Inc. and
Gregory Andrew Britt

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MELISSA ANN WRIGHT, Court Appointed
Guardian of BROGAN ZANE WRIGHT,
KAREN REIGER, and MIKE REIGER,

           Plaintiffs,

    vs.

WATKINS AND SHEPARD TRUCKING, INC.,
a Montana corporation; GREGORY ANDREW
BRITT, an individual, DOES 1 through 5, and
ROES 1 through 5,

           Defendants.

Case No. 2:11-cv-01575-LRH-GWF

_____/

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMISSION OF JOINT PRETRIAL ORDER
### (THIRD REQUEST)

Plaintiffs, MELISSA ANN WRIGHT, Court Appointed Guardian of BROGAN ZANE WRIGHT, KAREN RIEGER and MIKE REIGER, (collectively referred to herein as "Plaintiffs"), and Defendants, WATKINS AND SHEPARD TRUCKING, INC., and GREGORY ANDREW BRITT, (collectively referred to herein as "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline to submit the Joint Pretrial Order.

Page **1** of **3**

I.      **Discovery completed to date:**

Extensive discovery has been completed, including written discovery and depositions.

II.     **Discovery that remains to be completed:**

Discovery has closed, and no discovery remains to be completed.  The only deadline the parties seek to extend is the deadline for filing the Joint Pretrial Order, which is currently set for May 4, 2015.

III.    **Reason why discovery remaining was not completed:**

The parties have exchanged drafts of the Joint Pretrial Order and they are continuing to communicate and coordinate the final terms of the Order.  There are thousands of documents and approximately 26 depositions to be evaluated for potential inclusion in the Joint Pretrial Order, which are being evaluated for potential objections, and to be addressed with proposed rebuttal evidence and testimony.  Therefore, the parties request a brief extension of time to coordinate the final details of the Joint Pretrial Order to fully consider the scope of the discovery information in this case.  The deadline for the Joint Pretrial Order has previously been rescheduled in accordance with other extensions of the discovery schedule, but not as a result of a request for a continuance specifically related to completion of the Joint Pretrial Order.  There is no trial date and no other deadlines will be affected by this short extension.

//

//

//

//

//

//

//

**IV.     Proposed schedule for completing discovery**

    1.  Last day to submit Joint Pretrial Order          May 13, 2015
                                                                      (from May 4, 2015)

IT IS SO AGREED.

DATED this _____ day of May, 2015.          DATED this _4TH_ day of May, 2015.

MCCULLOUGH, PEREZ & ASSOCIATES     LAXALT & NOMURA, LTD.

By_____          By_____
    FRANK PEREZ (SBN 5738)            STEVEN E. GUINN (SBN 5341)
    601 South Rancho Drive, #A-10       HOLLY S. PARKER (SBN 10181)
    Las Vegas, Nevada 89106            RYAN LEARY (SBN 11630)
    Attorneys for Plaintiffs             9600 Gateway Drive
                                          Reno, Nevada 89521
                                          Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

DATED this 5th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge