UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA ANN WRIGHT, Court Appointed Guardian of BROGAN ZANE WRIGHT, KAREN REIGER, and MIKE REIGER,<br><br>Plaintiffs,<br><br>vs.<br><br>WATKINS AND SHEPARD TRUCKING, INC., a Montana corporation; GREGORY ANDREW BRITT, an individual, DOES 1 through 5, and ROES 1 through 5,<br><br>Defendants. | CASE NO: 2:11-cv-01575-LRH-GWF |

**STIPULATION AND ORDER TO EXTEND THE DATE IN WHICH PLAINTIFFS SHALL HAVE TO FILE OPPOSITIONS TO DEFENDANTS' MOTION TO BIFURCATE AND MOTIONS IN LIMINE**
**(FIRST REQUEST)**

Plaintiffs, MELISSA ANN WRIGHT, Court Appointed Guardian of BROGAN ZANE WRIGHT, KAREN RIEGER and MIKE REIGER, (collectively referred to herein as "Plaintiffs"), and Defendants, WATKINS & SHEPARD TRUCKING, INC., and GREGORY ANDREW BRITT, (collectively referred to herein as "Defendants"), by and through their respective counsel of record, hereby stipulate and agree:

Page **1** of **2**

That Defendants WATKINS AND SHEPARD TRUCKING, INC. and GREGORY ANDREW BRITT'S filed Defendants' Motion to Bifurcate, Defendants' First Set of Motions in Limine, Defendants' Second Set of Motions in Limine and Defendants' Third Set of Motions in Limine, on August 14, 2015, and Plaintiffs' Oppositions to the Motions is currently scheduled to be filed on August 31, 2015. That Plaintiffs' Oppositions will now be due September 7, 2015.

IT IS SO AGREED.

DATED: 8-21-15

McCULLOUGH, PEREZ
& ASSOCIATES, LTD.

By_____
FRANK PEREZ, ESQ.
Nevada Bar #5738
601 S. Rancho Drive, #A-10
Las Vegas, NV 89106
Attorneys for Plaintiffs

DATED: 8-21-15

LAXALT & NOMURA, LTD.

By_____
STEVEN E. GUINN, ESQ.
Nevada Bar #5341
9600 Gateway Drive
Reno, NV 89521
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED:

DATED this 24th day of August, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE